IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK JUDGE, JR. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PHILADELPHIA PREMIUM OUTLETS, et al. | : | NO. 10-1553 |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of *June*, 2010, upon consideration of Plaintiff Jack Judge, Jr.'s Motion for Remand (Docket No. 9), the Response of Defendants Philadelphia Premium Outlets, Chelsea Limerick Holdings, LLC, Simon Property Group, Inc., and Chelsea Property Group, Inc. (Docket No. 14), and Plaintiff's Reply Brief (Docket No. 15), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.