IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK JUDGE, JR. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PHILADELPHIA PREMIUM OUTLETS, et al. | : | NO. 10-1553 |
| | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this *14th* day of *June*, 2010, upon consideration of the Motion by Defendant ABM Mid-Atlantic, Inc. ("ABM") to Dismiss Count IV of the Crossclaim (Docket No. 8) and the Response of Defendants Philadelphia Premium Outlets, Chelsea Limerick Holdings, LLC, Chelsea Property Group, Inc., and Simon Property Group, Inc. (Docket No. 13), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.