# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK JUDGE, JR. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PHILADELPHIA PREMIUM OUTLETS, et al. | : | NO. 10-1553 |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *15th* day of *March*, 2012, upon consideration of the Motion by Defendant ABM Mid-Atlantic, Inc. for Summary Judgment (Docket No. 42), the Response of Defendants Philadelphia Premium Outlets, Chelsea Limerick Holdings, LLC, Chelsea Property Group, Inc., Simon Property Group, Inc. a/k/a and/or d/b/a and/or t/a Simon Property Group, L.P. and/or Simon Property Group Delaware, Inc., Ann Taylor Stores Corp. and Ann Taylor Loft Outlet Store 2909 Philadelphia Premium Outlet (Docket No. 43), and Defendant ABM Mid-Atlantic, Inc.'s Reply Brief (Docket No. 44), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.